UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-5664-GW (SSx) | Date | January 8, 2018 |
|---|---|---|---|
| Title | Hugo Esqueda v. El Jalisco Restaurant et al | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Charles A. Rojas | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**PROCEEDINGS:**     **NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION**

On December 18, 2017, an Order to Show Cause for Lack of Prosecution [14] was issued for the following reason: Failure to comply with Rule 55 remedies, requiring plaintiff(s) to file a Motion for Default Judgment after default has been entered by the Court. The default in this case was entered on November 29, 2017. [See Dkt. 13].

Plaintiff was given until January 2, 2018 to respond and no response or objection has been filed. Plaintiff is hereby notified that this action is dismissed without prejudice.

                                                                                                                                                        :

Initials of Preparer     CR